# COURT PROCEEDING MEMO
## ADVERSARY PROCEEDING/MOTION

DATE:      6/15/09       CONTINUED HEARING _____
TIME:      9:30 a.m.
CASE NO.   09-60809
AP/MOT NO. 09-06049
IN RE:     TODD GABRIELLE HANNER & TRISTA JADE HANNER     PRESENT  X
COUNSEL:   SHEPHERD/R    PRESENT  X         By: _____
TRUSTEE:   BESKIN        PRESENT  ✓

### TYPE OF HEARING

| X | PRE-TRIAL CONFERENCE- COMPLAINT TO DETERMINE SECURED STATUS AND REMOVE LIEN FROM REAL PROPERTY | | TRIAL | | MOTION TO LIFT STAY | | MOTION TO AVOID LIEN |
|---|---|---|---|---|---|---|---|

| PARTIES | COUNSEL | PRESENT |
|---|---|---|
| DEBTORS | SHEPHERD/R | X |

v.

| SUNTRUST BANK | | X |
|---|---|---|

_____ ANSWER FILED BY _____

| HEARING CONTINUED: | DATE/TIME: |
|---|---|
| TRIAL DATE SET: | DATE/TIME: |
| DISCOVERY DEADLINE: | |
| OTHER: | |

RULING: If order not lodged by today, Motion is to be dismissed.

ORDER DUE:               TO BE TENDERED BY:
ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:
BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM.  THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD.  THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.