UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:

    Todd G. Hanner                                        Case No: 09-60809
    Trista J. Hanner
    **************
    Todd G. Hanner                                        Advy No: 09-06049
    Trista J. Hanner
    v.
    Suntrust Bank

At Lynchburg, Virginia, in said District, this 19th day of June, 2009.

Plaintiffs/Debtors, by counsel, filed the above captioned complaint on April 23, 2009. A pre-trial conference was scheduled for June 15, 2009. Upon call of the subject case, parties failed to appear. Accordingly, the Court ruled from the bench that this proceeding would be dismissed.

On June 16, 2009, counsel for Plaintiff/Debtors, filed a motion to reconsider the dismissal of the complaint. Upon consideration of the motion to reconsider, it is accordingly

O R D E R E D:

that the motion be, and hereby is, denied and the above-captioned complaint be, and hereby, is dismissed.

Copies of this Order are directed to be mailed to Richard D. Shepherd, Esq., counsel for Debtors/Plaintiffs; Gail Letts, President and CEO, Central Virginia Region, Suntrust Bank, 919 East Main Street, Richmond, Virginia 23219 and Dana S. Bruce, Suntrust Bank, 919 East Main Street, Richmond, Virginia 23219.

ENTERED: June 19, 2009

                                                                        United States Bankruptcy Judge